UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                Plaintiffs,

against

BALDE THIERNO MAMADOU, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted an initial conference today, November 25, 2019.

The parties' Proposed Case Management Plan (ECF No. 32) is so-ordered with the following amendments:

(1)    The parties' dispositive motions are due by **Friday, June 5, 2020**.

(2)    The parties anticipate that this case will be ready for trial by **Tuesday, September 8, 2020**.

(3)    The parties dated their deadline for serving interrogatories as December 5, 2020, which the Court changed to 2019.

A Settlement Conference is scheduled before the **Honorable Kevin N. Fox on Tuesday, April 7, 2020 at 2:30 pm in Courtroom 228, 40 Foley Square, New York, New York.** The parties must immediately advise Judge Fox if they have a conflict and request a different date. The parties are directed to review and comply with the Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, a copy of which is available on the Court's website at

https://nysd.uscourts.gov/sites/default/files/practice_documents/KNF%20revisedsettlementnov2019a_mtd.pdf.

The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the pre-conference letters and attendance acknowledgement forms, which are to be submitted no later than three business days before the settlement conference, by **Thursday, April 2, 2020**. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

A Pre-Trial Conference is scheduled before the undersigned on **Monday, August 17, 2020 at 10:00 am** in Courtroom 18A, 500 Pearl Street, New York, New York.

Dated: New York, New York
November 25, 2019

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**