UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

        Plaintiffs,

against

BALDE THIERNO MAMADOU, et al.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

The Settlement Conference scheduled for April 7, 2020 before the **Honorable Kevin N. Fox is adjourned to Wednesday, May 6, 2020 10:30 am in Courtroom 228, 40 Foley Square, New York, New York.** The parties must immediately advise Judge Fox if they have a conflict and request a different date. The parties are directed to review and comply with the Procedures Applicable to Cases Referred for Settlement to Magistrate Judge Kevin Nathaniel Fox, a copy of which is available on the Court's website at https://nysd.uscourts.gov/sites/default/files/practice_documents/KNF%20revisedsettlementnov2019a_mtd.pdf.

The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the pre-conference letters and attendance acknowledgement forms, which are to be submitted no later than three business days before the settlement conference, by **Friday, May 1, 2020**. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

Dated: New York, New York
January 9, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**