UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                Plaintiffs,

against

BALDE THIERNO MAMADOU, et al.,

                Defendants.

CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

In light of the parties' amended discovery schedule (ECF No. 43), the Pre-Trial Conference scheduled for August 17, 2020 (see ECF No. 36) is adjourned sine die. As detailed in the Court's Order, dated June 1, 2020 (ECF No. 43), the conference and trial ready dates will be set after the January 7, 2021 motion for summary judgment deadline.

Dated:      New York, New York
             June 26, 2020

SO ORDERED

*[signature]*
SARAH L. CAVE
United States Magistrate Judge