UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BENJAMIN TORRES and CARMEN Y. VASQUEZ,:

                Plaintiffs,      :

         - against -                :         ORDER

BALDE THIERNO MAMADOU, SARGENT    :         19-CV-6973 (SLC)(KNF)
LOGISTICS, INC., VLAD TRANSPORTATION
SERVICES, INC., NEW ENGLAND EXPRESS,  :
INC., and JOHN DOES 1-10 (said names being
fictitious and unknown) and/or ABC CORPS. 1-10  :
(said names being fictitious and unknown),

                                                                         :

                Defendants.
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       The settlement conference scheduled for December 22, 2020, at 10:30 a.m., is rescheduled to January 21, 2021, at 2:30 p.m.  The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.  The parties are to comply with the Court's settlement procedures located on the court's website, except that the respective confidential settlement conference writings should be sent via email to**:** elizabeth_potter@nysd.uscourts.gov.

Dated:  New York, New York                      SO ORDERED:
            December 21, 2020

                                                                       _Kevin Nathaniel Fox_
                                                                       KEVIN NATHANIEL FOX
                                                                       UNITED STATES MAGISTRATE JUDGE