UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                Plaintiffs,

-v-                                        CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

BALDE THIERNO MAMADOU, et al.,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

The parties' Joint Pretrial Order (ECF No. 70) does not include "the anticipated number of trial days needed," which is required by the Court's Pretrial Procedures for Consent Cases. IV.C.6. By **Tuesday, November 2, 2021**, the parties shall file a joint letter estimating the total number of days needed for trial.

Dated:      New York, New York
              November 1, 2021

                                                  SO ORDERED.

                                                  _____
                                                  SARAH L. CAVE
                                                  **United States Magistrate Judge**