UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                Plaintiff,

-v-

                CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

BALDE THIERNO MAMADOU, et al.,

                **ORDER**

                Defendants.

**SARAH L. CAVE, United States Magistrate Judge:**

      The Court has submitted a request to the Jury Administrator that this case be placed on the trial calendar to commence on **Monday, March 7, 2022** (the "Proposed Trial Date"). The Court took into consideration the parties' unavailable dates (ECF No. 76) in selecting the Proposed Trial Date, and accordingly, despite the possibility that trial may not begin on the Proposed Trial Date, the Court and the parties shall plan as if it will. The Court will advise the parties as soon as possible if there is a change to the Proposed Trial Date. Accordingly, the parties shall hold open on their calendars **March 7 through March 11, 2022** for the anticipated trial in this matter.

      The parties are reminded that the Final Pretrial Conference will proceed on **Wednesday, January 5, 2022 at 10:00 am, in-person, in Courtroom 18A, 500 Pearl Street, New York, New York. Trial counsel shall attend the final pretrial conference.** (ECF No. 74).

Dated:      New York, New York
            November 3, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2