UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                Plaintiffs,

-v-                                            CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

BALDE THIERNO MAMADOU, et al.,                    **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge:

The parties' Joint Request to Charge (ECF No. 72) does not include the text of any of the 39 requested charges. Accordingly, by **Friday, December 10, 2021**, the parties shall refile the Joint Request to Charge, including the language of each requested charge.

To facilitate the Court's review of the evidence and the proposed trial exhibits, each party shall deliver one tabbed exhibit binder, containing courtesy copies of its trial exhibits and deposition designations, by no later than **Wednesday, December 29, 2021**.

Dated:        New York, New York
                 December 1, 2021

                                                    SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**