UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                              Plaintiff,

    -v-

BALDE THIERNO MAMADOU, SARGEANT LOGISTICS, INC., VLAD TRANSPORTATION, INC., NEW ENGLAND EXPRESS INC. AND JOHN DOES 1-10 (said names being fictitious and unknown) and/or ABC CORPS. 1-10 (said names being fictitious and unknown),

                              Defendants.

CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

**ORDER**

**SARAH L. CAVE, United States Magistrate Judge:**

      As the parties were previously advised (ECF No. 74), the Court submitted a request to the Jury Administrator that this case be placed on the trial calendar for the first quarter of 2022, and the Court specifically requested that trial commence on Monday, March 7, 2022. (ECF No. 79). Per the Court's request, the Jury Administrator has scheduled the trial in this case to begin on **Thursday, March 17, 2021** (the "Trial Date"). **The Court has set aside five (5) days for the Trial.**

      Social distancing and other health-safety considerations currently limit the number of jury trials that simultaneously may be conducted at the Court. This is a function of the number of jurors that may be summoned and accommodated during jury selection and the number of courtrooms refitted for social distancing. Accordingly, the Court has adopted a Protocol for Scheduling Cases for Trial (the "Protocol").

      The parties are advised that, pursuant to the Protocol, this case is designated as the **first** trial on the Trial Date. Accordingly, the parties should expect that trial **will** begin on the Trial

Date. The Court will advise the parties as soon as possible if there is a change to the Trial Date or the Protocol.

Dated:     New York, New York
             December 2, 2021

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2