UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                Plaintiff,

-v-

BALDE THIERNO MAMADOU, SARGEANT LOGISTICS, INC., VLAD TRANSPORTATION, INC., NEW ENGLAND EXPRESS INC. and JOHN DOES 1–10 (said names being fictitious and unknown) and/or ABC CORPS. 1–10 (said names being fictitious and unknown),

                Defendants.

CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge:

    Due to a scheduling conflict, the final pre-trial conference scheduled for December 1, 2022 at 11:00 am is RESCHEDULED to **Wednesday, November 30, 2022 at 12:00 pm** in person in Courtroom 18A in the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York. All other terms of the Court's order at ECF No. 112 remain in effect.

Dated:        New York, New York
                October 14, 2022

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_____
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**