UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BENJAMIN TORRES and
CARMEN Y. VASQUEZ,

                         Plaintiffs,                    **ORDER**

                -against-                       **19-CV-6973 (SLC)**

BALDE HIERNO MAMADOU,
SARGEANT LOGISTICS, INC.,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

        On November 14, 2022, the Parties filed a letter requesting an adjournment of the settlement conference scheduled for November 22, 2022. Dkt. No. 124. The request for an adjournment *is* DENIED. The Parties' pre-conference submissions as laid out in Judge Willis's Individual Practice Rules are due by noon on Friday, November 18, 2022.

        The request to hold the conference by video is GRANTED. A Microsoft Teams link will be circulated to the Parties via email in advance of the conference.

SO ORDERED.

DATED:    New York, New York
               November 16, 2022

                                                                 */s/ Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge