UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                          Plaintiffs,

-v-

BALDE THIERNO MAMADOU, SARGENT LOGISTICS, INC., and JOHN DOES 1–10 (said names being fictitious and unknown) and/or ABC CORPS. 1–10 (said names being fictitious and unknown),

                          Defendants.

CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge**:**

By **November 29, 2022**, the parties shall file a joint letter reporting on the status of their settlement discussions.

Dated:    New York, New York
            November 23, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**