UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                Plaintiffs,

-v-

BALDE THIERNO MAMADOU, SARGENT LOGISTICS, INC., and JOHN DOES 1–10 (said names being fictitious and unknown) and/or ABC CORPS. 1–10 (said names being fictitious and unknown),

                Defendants.

CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge**:**

The Court is considering the parties' requests (the "Requests") to adjourn the trial of this action, currently scheduled to begin on December 13, 2022. (ECF Nos. 129; 130; 131). By **Wednesday, November 30, 2022**, the parties shall file a joint letter advising the Court whether the parties, their counsel, and their witnesses are available for trial beginning on either June 5, 2023 or June 12, 2023. This is not an invitation to suggest other dates on which the trial would begin.

The Final Pretrial Conference scheduled for November 30, 2022 at 12:00 pm is ADJOURNED sine die pending the Court's consideration of the Requests.

Dated:     New York, New York
           November 28, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**