UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BENJAMIN TORRES and CARMEN Y. VASQUEZ,

                      Plaintiffs,

-v-                                   CIVIL ACTION NO.: 19 Civ. 6973 (SLC)

BALDE THIERNO MAMADOU, SARGENT LOGISTICS, INC., and JOHN DOES 1–10 (said names being fictitious and unknown) and/or ABC CORPS. 1–10 (said names being fictitious and unknown),      **ORDER**

                      Defendant(s).

**SARAH L. CAVE,** United States Magistrate Judge.

The Court having been advised that all claims asserted herein have been settled in principle, (see ECF No. 137), it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **within thirty days** of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court within the same thirty-day period to be "so ordered" by the Court.

Any pending motions are moot. Trial and all conferences are cancelled. The Clerk of Court is directed to close this case.

Dated:    New York, New York               SO ORDERED.
            May 23, 2023

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**